JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENNIER GUTIERREZ BARYOLO,<br><br>                    Petitioner,<br><br>          v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>                    Respondents. | Case No. 5:26-cv-02838-MBK<br><br>JUDGMENT |

Pursuant to the Court's Order Granting Petition, IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: June 4, 2026



_____

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE